## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**TONYA K. CLEMMONS**                                                         **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO.  2:26−cv−40-KHJ-MTP**

**SOUTHERN HENS, INC.**                                                        **DEFENDANT**

---

### NOTICE OF REMOVAL

---

Defendant Southern Hens, Inc. ("Southern Hens" or "Defendant"), pursuant to 28 U.S.C. §§ 1441 and 1446, gives notice of removal of this action from the Circuit Court of Jones County, Mississippi, to the United States District Court for the Southern District of Mississippi.  In support of this Notice of Removal, Southern Hens states the following:

1.      On January 27, 2026, Plaintiff Kay Clemmons ("Plaintiff") filed this action in the Circuit Court of Jones County, Mississippi, styled *Tonya K. Clemmons v. Southern Hens, Inc.*, Civil Action No. 2026-4-CV1.  Plaintiff served a copy of the Complaint on Southern Hens's registered agent for service of process on February 18, 2026.  In accordance with 28 U.S.C. § 1446, a true and correct copy of the Complaint, along with all other state court pleadings, is attached as **Exhibit A**.

2.      This Notice of Removal is being filed within thirty (30) days of the first receipt by a defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action is based.  28 U.S.C. § 1446(b).

3.      In the Complaint, Plaintiff specifically states that Southern Hens violated her rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, et seq.; 42 U.S.C. §1981; The

#4126110v1

Age Discrimination in Employment Act of 1967; and 42 U.S.C. §1983. *See* Complaint at ¶¶3, 21, 25, 30, 41.

4.      Defendant is removing this case pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), which provides this Court with original jurisdiction, as required by 28 U.S.C. § 1441(b).

5.      Additionally, in accordance with 28 U.S.C. §1332, all parties to this action are of diverse citizenship. The Complaint admits that Plaintiff is a resident citizen of North Carolina. *See* Complaint at ¶ 1. The Complaint also admits that Southern Hens is a Mississippi corporation. *Id*. at ¶2. Therefore, complete diversity exists between Plaintiff and Southern Hens.

6.      Also in accordance with 28 U.S.C. §1332, the amount in controversy requirement is satisfied. The Complaint does not allege that the amount in controversy falls below $75,000. Additionally, Plaintiff seeks damages for her alleged back pay, lost benefits, other pecuniary loss and compensatory damages. *See* Complaint at 5-6. Plaintiff also seeks to recover punitive damages and attorneys' fees. *Id.* at 7-8. Accordingly, it is readily apparent on the face of the Complaint that Plaintiff seeks in excess of $75,000, exclusive of interest and costs.

7.      Thus, both the "complete diversity" and the "jurisdictional amount" requirements of 28 U.S.C. §1332 are satisfied and removal is proper in this matter.

8.      This court has jurisdiction over the matters in this case pursuant to 28 U.S.C. §1441(a), as the Circuit Court of Jones County, Mississippi is located within the Southern District of Mississippi.

9.      In accordance with 28 U.S.C. §1446, Plaintiff is being served with a copy of this Notice of Removal. Additionally, a copy of this Notice of Removal is being filed with the Circuit Court of Jones County, Mississippi.

#4126110v1

10.     By filing this Notice of Removal, Southern Hens does not waive any rights or defenses.  Southern Hens expressly reserves all available defenses, including but not limited to those defenses enumerated in Federal Rule of Civil Procedure 12(b).

WHEREFORE, Defendant Southern Hens, Inc. files this Notice of Removal and removes this action to the United States District Court for the Southern District of Mississippi.

YOU ARE HEREBY NOTIFIED to proceed no further in state court proceedings previously pending in the Circuit Court of Jones County, Mississippi.

RESPECTFULLY SUBMITTED, this the 19th day of March, 2026.

**SOUTHERN HENS, INC.**

By:     s/ *Stephen J. Carmody*
        One of Its Attorneys

OF COUNSEL:

Stephen J. Carmody, Esq. (MSB #1022790)
Claire W. Ketner, Esq. (MSB #99708)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Box 119
Jackson, MS 39205-0119
Telephone:  601.948.3101
Facsimile:  601.960.6902

3

#4126110v1

## CERTIFICATE OF SERVICE

I, the undersigned counsel for Defendant, Southern Hens, Inc., hereby certify that I have this day caused to be mailed by United States mail, postage prepaid, a true and correct copy of the above and foregoing Notice of Removal to:

Daniel D. Ware, Esq.
Ware Law Firm, PLLC
103 3rd Street N.W
Magee, Mississippi 39111

This 19th day of March, 2026.

s/ *Stephen J. Carmody*
Stephen J. Carmody

4

#4126110v1